IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01148-CBS | Date: September 8, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                    *Counsel:*

D THREE ENTERPRISES, LLC,                     John Schlie
                                              David Skeels

Plaintiff,

v.

RILLITO RIVER SOLAR LLC,                      Christopher Beall
                                              Katherine Schill (by phone)
                                              Melanie Reichenberger (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: SCHEDULING CONFERENCE PATENT**
**Court in session: 09:32 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding *[27] Plaintiff's Unopposed Motion to Adopt Agreed Protective Order and Agreed Order Regarding E-Discovery* and discovery.

**ORDERED:**     *[27] Plaintiff's Unopposed Motion to Adopt Agreed Protective Order and Agreed Order Regarding E-Discovery* and discovery is **GRANTED**.  Protective order amended as stated on the record.

**The court adopts the following deadlines from the proposed scheduling order:**
Joinder of Parties: **January 22, 2016**
Deadline to serve Infringement Contentions, Claim Chart(s), and produce accompanying documents: **October 19, 2015**
Deadline to serve Response to Infringement Contentions and produce accompanying documents: **November 30, 2015**

Deadline to serve Invalidity Contentions and Claim Chart(s) and produce accompanying items of prior art: **November 30, 2015**
Deadline to serve Response to Invalidity Contentions and Claim Chart(s) and produce accompanying documents: **January 21, 2016**
Deadline to make opinion(s) of counsel available for inspection and copying: **January 11, 2016**
The court will not enter a scheduling order at this time.

**ORDERED:**   A Telephone Status Conference is set for **January 28, 2016 at 9:00 a.m. (Mountain Time)** to discuss the remaining proposed deadlines.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

Discussion regarding consolidation of the three cases.  All three cases have consented to a Magistrate Judge.  One case is before Judge Watanabe.

The Plaintiff intends to file an amended complaint in this case sometime this week.

Hearing Concluded.

**Court in recess: 10:11 a.m.**
Total time in court: 00:39

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.