IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01148-CBS | Date: October 28, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

D THREE ENTERPRISES, LLC,    Dave Gunter
                             John Schlie

Plaintiff,

v.

RILLITO RIVER SOLAR LLC,    Christopher Beall
                            Katherine Schill
                            Scott Davis
                            Paula Korniczky (by phone)

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:27 p.m.**
Court calls case. Appearances of counsel.

This hearing comes before the court in regards to *[32] Plaintiff's Motion to Consolidate Related Cases for All Pre-Trial Proceedings*. Discussion and argument regarding the motion.

**ORDERED:**   For the reasons stated on the record *[32] Plaintiff's Motion to Consolidate Related Cases for All Pre-Trial Proceedings* is **DENIED.**

Further discussion regarding how to conduct discovery with the three cases without consolidation. The court asks the parties to work together to streamline discovery among the cases.

**ORDERED:**   Parties shall submit a Joint Status Report **on or before November 11, 2015.** The Joint Status Report should address any agreements reached in regards to informal discovery on common issues, if any deadlines need to be adjusted, and when counsel proposes to start case specific discovery.

Discussion regarding the court's practice standard in regards to discovery disputes.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

HEARING CONCLUDED.

**Court in recess: 02:10 p.m.**
Total time in court: 00:43

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.